PJS:EP:mmz

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| --- | --- | --- |
|  | ) |  |
| v. | ) | (VIO: 18 U.S.C. § 1791) |
|  | ) |  |
| CATHERINE MAIONE | ) | ELECTRONICALLY FILED |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT I
### Providing Contraband in Prison
### (18 U.S.C. § 1791)

From June 2013 through February 22, 2014, at the Federal Correctional Complex, Federal Correctional Institution, Allenwood-Medium, Kelly Township, Union County, White Deer, a federal penal and correctional institution, Commonwealth of Pennsylvania, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendant,

**CATHERINE MAIONE,**

did knowingly provide to an inmate of a Federal penal facility a controlled substance under Schedule I of Title 21, United States Code, Section 812; to wit, a quantity of marijuana concealed in balloons, which was contrary to the rules and regulations of the Bureau of Prisons and said penitentiary; to wit, 28 C.F.R. §§ 6.1 and 541.13.

All in violation of Title 18, United States Code, Sections 1791(a)(1), 1791(b)(3), and 1791(d)(1)(B).

*Peter J. Smith*
PETER J. SMITH
UNITED STATES ATTORNEY

Dated: 7-10-14 , 2014